UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LARRY DAVIS, individually and ALAN NORTHROP, individually,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY, WASHINGTON, a municipal corporation, and DONALD SLAGLE,<br><br>Defendants. | CASE NO. 12-5765 RJB<br><br>ORDER FOR ORAL ARGUMENT ON MOTIONS FOR SUMMARY JUDGMENT |

This matter comes before the Court on Plaintiffs' Motion for Partial Summary Judgment Dismissing Affirmative Defenses (Dkt. 23) and Defendants' Motion for Summary Judgment (Dkt. 25). The Court has considered the pleadings filed regarding the motions and the remaining file.

Oral argument should be heard on these motions. Oral argument should be scheduled for August 1, 2013, at 9:00 a.m.

It is so **ORDERED.**

/ / /

/ /

/

1     The Clerk is directed to send uncertified copies of this Order to all counsel of record and

2 to any party appearing *pro se* at said party's last known address.

3     Dated this 22nd day of July, 2013.

                                                         ROBERT J. BRYAN
                                                         United States District Judge

ORDER FOR ORAL ARGUMENT ON MOTIONS
FOR SUMMARY JUDGMENT- 2