1

The Honorable Robert J. Bryan

2

3

4

5

6

7                     UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
8                              AT TACOMA

9   LARRY DAVIS, individually; and ALAN
    NORTHROP, individually,,                    No. 3:12-cv-05765 RJB
10
                                                **ORDER RE: DEFENDANTS'**
11                          Plaintiffs,         **MOTION FOR MISTRIAL**

          v.                                    *[PROPOSED]*
12
    CLARK COUNTY, a municipal                   **Trial Date: September 16, 2013**
13  corporation; and DONALD SLAGLE,,

14                          Defendants.

15

16        THIS MATTER having come before the Court on Defendants' Motion for Mistrial;

17
    and the Court having reviewed the records and files herein and being fully informed of the
18
    facts herein.
19
          NOW, THEREFORE, this Court GRANTS Defendants' Motion for Mistrial.
20
                DONE IN OPEN COURT this _____ day of _____, 2013.
21

22

23
                                    _____
24                                  HONORABLE ROBERT J. BRYAN

25

26

27
PROPOSED ORDER FOR MISTRIAL - 1
3:12-cv-05765 RJB
1135-001/Proposed Order re Defendants Motion for
Mistrial
                                                **KEATING, BUCKLIN & MCCORMACK, INC., P.S.**
                                                           ATTORNEYS AT LAW
                                                      800 FIFTH AVENUE, SUITE 4141
                                                    SEATTLE, WASHINGTON 98104-3175
                                                        PHONE:  (206) 623-8861
                                                         FAX:  (206) 223-9423

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2013, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiff Davis**
John R. Connelly
Micah R. LeBanks
Connelly Law Offices
2301 North 30th Street
Tacoma, WA  98403
jconnelly@connelly-law.com
mlebank@connelly-law.com

**Attorneys for Plaintiff Northrop**
Timothy K. Ford
David J. Whedbee
MacDonald Hoague & Bayless
705 Second Ave., Suite 1500
Seattle, WA  98104
timf@mhb.com
davidw@mhb.com

**Attorneys for Defendants**
Bernard J. Veljacic
Attorneys for Defendants
Clark County Prosecutors Office
1013 Franklin Street, PO Box 5000
Vancouver, WA 98666
bernard.veljacic@clark.wa.gov

DATED at Seattle, Washington, this 26th day of September, 2013.

/s/ Staci Black
Staci Black, Legal Assistant
Keating, Bucklin & McCormack, P.S., Inc.
800 Fifth Avenue, Suite 4141
Seattle, WA  98104-3175
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email: sblack@kbmlawyers.com

PROPOSED ORDER FOR MISTRIAL - 2
3:12-cv-05765 RJB
1135-001/Proposed Order re Defendants Motion for Mistrial

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX:  (206) 223-9423