UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LARRY DAVIS individually, and ALAN
NORTHROP individually,

              Plaintiffs,

      v.

CLARK COUNTY, WASHINGTON, a
municipal corporation; and DONALD
SLAGLE,

             Defendant.

NO.  3:12-cv-05765–RJB

STIPULATED MOTION FOR ENTRY OF
JUDGMENT

NOTING DATE: October 28, 2013

[CLERKS ACTION REQUIRED]

## I.      STIPULATED MOTION

COME NOW the Plaintiffs, Larry Davis and Alan Northrop, by and through their

attorneys, the Connelly Law Offices, John R. Connelly, Jr., and Micah R. LeBank on behalf

of Larry Davis, and McDonald Hoague & Bayless, Timothy K. Ford and David J. Whebee on

behalf of Alan Northrop, the Defendants Clark County and Donald Slagle by and through

their attorneys, Clark County Prosecuting Attorney's Office, and Bernard F. Valjacic and,

pursuant to the CR 2A Settlement Agreement Entered into the Record in Open Court,

stipulate as follows:

STIPULATION AND ORDER FOR ENTRY OF JUDGMENT - 1
(3:12-cv-05765–RJB)

**CONNELLY LAW OFFICES**
2301 North 30th Street
Tacoma, WA  98403
(253) 593-5100 Phone - (253) 593-0380 Fax

**IT IS HEREBY STIPULATED AND AGREED,** by and between the above parties that Larry Davis shall have judgment against the Defendants Clark County and Donald Slagle, jointly and severally, in the principal amount of $17.25 million; and Alan Northrop shall have judgment against the Defendants Clark County and Donald Slagle, jointly and severally, in the principal amount of $17.25 million; which amounts are for damages on account of personal physical injury and physical sickness incurred by Plaintiffs as a result of certain actions by the Defendants which actions are the subject of this lawsuit and which are outlined in the amended complaint [Docket # 22] and the pleadings filed in this matter, depositions taken, and testimony in open Court.

Stipulation entered this 28th day of October, 2013.

**CONNELLY LAW OFFICES**

BY  /s/John R. Connelly, Jr.

John R. Connelly, Jr., WSBA No. 12183
jconnelly@connelly-law.com
Micah R. LeBank, WSBA No. 38047
mlebank@connelly-law.com
2130 N. 30th Street, Tacoma, WA 98403
(253) 593-5100
Attorneys for Plaintiff Larry Davis

**CLARK COUNTY PROSECUTING ATTORNEY'S OFFICE**

BY  /s/Bernard F. Valjacic

Bernard F. Valjacic, WSBA No. 28702
Bernard.veljacic@clark.wa.gov
Attorney for Defendants Clark County,
Washington and Donald Slagle
Clark County Prosecutor's Office
Civil Division
PO Box 5000
Vancouver, WA 98666-5000
(360) 397-2478

**MACDONALD HOAGUE & BAYLESS**

BY  /s/Timothy K. Ford

Timothy K. Ford, WSBA # 5986
David J. Whedbee, WSBA # 35977
timf@mhb.com; davidw@mhb.com
705 Second Avenue, Suite 1500
Seattle, WA 98104
(206) 622-1604
Attorneys for Plaintiff Alan Northrop

STIPULATION AND ORDER FOR ENTRY OF JUDGMENT - 2
(3:12-cv-05765–RJB)

10054.1 gh191401

## II.      ORDER

THIS MATTER, having come before the Court on the parties Stipulated Motion For Entry of Judgment and the Court having reviewed the records and files herein, and having been present when the CR 2A agreement was entered into the record in open court,

IT IS HEREBY ORDERED, that Plaintiff Larry Davis shall have a judgment against Defendants Clark County and Donald Slagle, jointly and severally, in the total amount of $17,250,000.

It is further ordered that Plaintiff Alan Northrop shall have a judgment against Defendants Clark County and Donald Slagle, jointly and severally, in the total amount of $17,250,000.

The Clerk is hereby directed to enter Judgment against Defendants Clark County and Donald Slagle in the amounts set forth above.

DATED and this 30th day of October, 2013.

ROBERT J. BRYAN
United States District Judge

STIPULATION AND ORDER FOR ENTRY OF JUDGMENT - 3
(3:12-cv-05765–RJB)

10054.1 gh191401

**CONNELLY LAW OFFICES**
2301 North 30th Street
Tacoma, WA  98403
(253) 593-5100 Phone - (253) 593-0380 Fax

Presented by:

**CONNELLY LAW OFFICES**

BY  /s/John R. Connelly, Jr.

   John R. Connelly, Jr., WSBA No. 12183
   jconnelly@connelly-law.com
   Micah R. LeBank, WSBA No. 38047
   mlebank@connelly-law.com
   2130 N. 30th Street, Tacoma, WA 98403
   (253) 593-5100
   Attorneys for Plaintiff Larry Davis

**MACDONALD HOAGUE & BAYLESS**

BY   /s/Timothy K. Ford

   Timothy K. Ford, WSBA # 5986
   David J. Whedbee, WSBA # 35977
   timf@mhb.com; davidw@mhb.com
   705 Second Avenue, Suite 1500
   Seattle, WA 98104
   (206) 622-1604
   Attorneys for Plaintiff Alan Northrop

Approved as to form:

**CLARK COUNTY PROSECUTING ATTORNEY'S OFFICE**

BY  /s/Bernard F. Valjacic

   Bernard F. Valjacic, WSBA No. 28702
   Bernard.veljacic@clark.wa.gov
   Attorney for Defendants Clark County,
   Washington and Donald Slagle
   Clark County Prosecutor's Office
   Civil Division
   PO Box 5000
   Vancouver, WA 98666-5000
   (360) 397-2478

STIPULATION AND ORDER FOR ENTRY OF JUDGMENT - 4
(3:12-cv-05765–RJB)

10054.1 gh191401

1

2

**CERTIFICATE OF SERVICE**

3

I, MICAH R. LEBANK, hereby certify that on the 28th Day of October, 2013, I

4

electronically filed the foregoing with the Clerk of the Court using the CM/EFC System

5

which will send notification of such filing to the following participants:

6

7

8
Bernard F. Veljacic
Deputy Prosecuting Attorney
9
Attorney for Defendants Clark County,
Washington and Donald Slagle
10
Clark County Prosecuting Attorney's Office
Civil Division
11
PO Box 5000
Vancouver, WA 98666-5000
12
Telephone: (360) 397-2478
E-Mail: Bernard.veljacic@clark.wa.gov
13

14
Stewart A. Estes
Richard B. Jolley
15
Jeremy W. Culumber
Keating Bucklin & McCormack, Inc., P.S.
16
800 Fifth Avenue, Suite 4141
Seattle, WA 98104-3175
17
Telephone: (206) 623-8861
E-Mail:  sestes@kbmlawyers.com
18
E-Mail:  rjolley@kbmlawyers.com
19
E-Mail: jculumber@kbmlawyers.com

20

21

22
/s/  Micah R. LeBank
23
Micah R. LeBank, WSBA #38047

24

25

26

STIPULATION AND ORDER FOR ENTRY OF JUDGMENT - 5
(3:12-cv-05765–RJB)

10054.1 gh191401