UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LARRY DAVIS, individually and ALAN NORTHROP, individually,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY, WASHINGTON, a municipal corporation, and DONALD SLAGLE,<br><br>Defendants. | CASE NO. 12-5765 RJB<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, United States District Judge Robert J. Bryan:

On November 12, 2013, Lexington Insurance Company filed a Motion to Intervene and a Motion to Stay, and noted the motions for November 29, 2013. Dkts. 147 and 148. On November 14, 2013, Plaintiffs' filed a Motion for Reasonableness Determination Pursuant to RCW 4.22.060, and noted the motion for November 29, 2013. Dkt. 150. On November 20, 2013, Washington Counties Risk Pool filed a Motion to Intervene, and noted the motion for December 6, 2013. Dkt. 152. Lexington Insurance Company and Washington Counties Risk Pool have also filed motions for relief from the deadline to respond to Plaintiffs' Motion for Reasonableness Determination Pursuant to RCW 4.22.060. Dkts. 154 and 156.

1       In order to properly consider all the issues raised, the Motions to Intervene should be
2 considered first. Lexington Insurance Company's Motion to Intervene (Dkt. 147) and the
3 Washington Counties Risk Pool's Motion to Intervene (Dkt. 152) are **RENOTED** for **December**
4 **6, 2013**. Lexington Insurance Company's Motion to Stay (Dkt. 148) relates to Plaintiffs' Motion
5 for Reasonableness Determination Pursuant to RCW 4.22.060, and **IS RENOTED** for
6 **December 13, 2013**. Plaintiffs' Motion for Reasonableness Determination Pursuant to RCW
7 4.22.060 (Dkt. 150) **IS RENOTED** for **December 13, 2013** insofar as the decision as to whether
8 to set a reasonableness hearing. Lexington Insurance Company and Washington Counties Risk
9 Pool's motions for relief from the deadline to respond to Plaintiffs' Motion for Reasonableness
10 Determination Pursuant to RCW 4.22.060 (Dkts. 154 and 156) **ARE RENOTED for December**
11 **13, 2013**. A briefing schedule and hearing date for Plaintiffs' Motion for Reasonableness
12 Determination Pursuant to RCW 4.22.060 (Dkt. 150) will be set on December 13, 2013, if the
13 Motion to Stay is denied.
14       DATED this 21st day of November 2013.
15       The foregoing Minute Order authorized by THE HONORABLE ROBERT J. BRYAN,
16 UNITED STATES DISTRICT JUDGE.

MINUTE ORDER- 2